No. 01–300.  MENOR v. FINANCE FACTORS, LTD.  C. A. 9th Cir. Certiorari denied.

No. 01–304.  TITAN INTERNATIONAL, INC., ET AL. v. BEVER. C. A. 7th Cir.  Certiorari denied.

No. 01–314.  BARRINGTON v. ERMINE.  Sup. Ct. Wash.  Certiorari denied.

No. 01–315.  MCAFEE v. TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO.  C. A. 11th Cir.  Certiorari denied.

No. 01–316.  PAYNE v. MILWAUKEE COUNTY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–321.  TILLEY v. TOWN OF ABERDEEN, NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–323.  WINKER v. MCDONNELL DOUGLAS CORP.  C. A. 8th Cir.  Certiorari denied.

No. 01–325.  AMERICAN ELECTRIC POWER FUEL SUPPLY, INC., ET AL. v. PERKINS.  C. A. 6th Cir.  Certiorari denied.

No. 01–329.  KENDRICK ET AL. v. AMERICAN · AMUSEMENT MACHINE ASSN.  C. A. 7th Cir.  Certiorari denied.

No. 01–333.  COOK ET AL. v. BACA, MAYOR OF THE CITY OF ALBUQUERQUE, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 01–334.  HUNTINGTON NATIONAL BANK ET AL. v. MINNESOTA HOTEL CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–337.  TAYLOR v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 01–338.  REPUBLIC OF GUATEMALA ET AL. v. TOBACCO INSTITUTE, INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.